NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−22−50676−hlb <br> CHAPTER 7 |
| ALAN S. LEVIN, <br>                    Debtor(s) | |
| | Adversary Proceeding: 23−05005−hlb |
| BEVERLY J. EZRA, et al, <br>                    Plaintiff(s) | NOTICE OF RESCHEDULED SCHEDULING CONFERENCE |
| v. | Hearing Date:    7/19/23 <br> Hearing Time:    09:30 AM |
| ALAN S. LEVIN, et al, <br>                    Defendant(s) | |

**NOTICE IS GIVEN** that a rescheduled Scheduling Conference will be held before a United States Bankruptcy Judge. Hearing information is as follows:

| | |
|---|---|
| Hearing Date: | 7/19/23 |
| Hearing Time: | 09:30 AM |
| Hearing Phone Number: | (669) 254−5252 |
| Hearing Meeting ID: | 160 532 0260 |
| Hearing Passcode: | 643758 |

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

*1* – Adversary case 23−05005. Complaint Objecting to Discharge of Certain Debts Pursuant to 11 USC 523 (a)(4) Filed by Beverly J. Ezra vs. ALAN S. LEVIN, ALAN S. LEVIN, P.C. Fee Amount $350. (67 (Dischargeability – 523(a)(4), fraud as fiduciary, embezzlement, larceny)(JOHNSON, H)

This hearing is scheduled for the following reason:

Judge reassigment. New date, and teleconference information..

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 7/3/23

*Mary A. Schott*

Mary A. Schott
Clerk of Court