United States Bankruptcy Court
District of Nevada

EZRA,
    Plaintiff

LEVIN,
    Defendant

Adv. Proc. No. 23-05005-hlb

# CERTIFICATE OF NOTICE

District/off: 0978-3      User: admin      Page 1 of 2
Date Rcvd: Jul 03, 2023      Form ID: nstap713      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202-4811 |
| dft | + | ALAN S. LEVIN, P.O. BOX 4703, INCLINE VILLAGE, NV 89450-4703 |
| dft | + | ALAN S. LEVIN, P.C., PO Box 4703, Incline Village, NV 89450-4703 |
| pla | + | BEVERLY J. EZRA, 375 E WARM SPRINGS #104, LAS VEGAS, NV 89119-4260 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Jul 03 2023 23:51:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Jul 03 2023 23:51:08 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Jul 03 2023 23:51:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Jul 03 2023 23:51:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH ST, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Jul 03 2023 23:51:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Jul 03 2023 23:51:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0978-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 03, 2023 | Form ID: nstap713 | Total Noticed: 10 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2023 at the address(es) listed below:

**Name**  **Email Address**

H STAN JOHNSON
  on behalf of Plaintiff BEVERLY J. EZRA sjohnson@cohenjohnson.com
  calendar@cohenjohnson.com;rjohnson@cohenjohnson.com;johnson.stanb122622@notify.bestcase.com

SEAN P PATTERSON
  on behalf of Defendant ALAN S. LEVIN  P.C. illegalpat@aol.com, sbcolling@gmail.com;natesppbk@yahoo.com

TOTAL: 2

NVB 9014(a) (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ALAN S. LEVIN,<br>　　　　　　　　Debtor(s) | BK−22−50676−hlb<br>CHAPTER 7<br><br>Adversary Proceeding: 23−05005−hlb |
| BEVERLY J. EZRA, et al,<br>　　　　　　　　Plaintiff(s)<br><br>v.<br><br>ALAN S. LEVIN, et al,<br>　　　　　　　　Defendant(s) | NOTICE OF RESCHEDULED SCHEDULING CONFERENCE<br><br>Hearing Date:　　7/19/23<br>Hearing Time:　　09:30 AM |

**NOTICE IS GIVEN** that a rescheduled Scheduling Conference will be held before a United States Bankruptcy Judge. Hearing information is as follows:

>     Hearing Date:            7/19/23
>     Hearing Time:            09:30 AM
>     Hearing Phone Number:    (669) 254−5252
>     Hearing Meeting ID:      160 532 0260
>     Hearing Passcode:        643758

**NOTICE IS FURTHER GIVEN** that the hearing relates to the following entry on docket:

> *1* − Adversary case 23−05005. Complaint Objecting to Discharge of Certain Debts Pursuant to 11 USC 523 (a)(4) Filed by Beverly J. Ezra vs. ALAN S. LEVIN, ALAN S. LEVIN, P.C. Fee Amount $350. (67 (Dischargeability − 523(a)(4), fraud as fiduciary, embezzlement, larceny)(JOHNSON, H)

This hearing is scheduled for the following reason:

> Judge reassigment. New date, and teleconference information..

The court's hearing calendar for the date scheduled by this Notice may be viewed at www.nvb.uscourts.gov up to five days before the scheduled hearing date to determine whether or not the hearing has been kept on calendar.

Dated: 7/3/23

　　　　　　　　　　　　　　　　　　　　　　*Mary A. Schott*
　　　　　　　　　　　　　　　　　　　　　　Mary A. Schott
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court